IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-cr-00239-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THURMAN L. FOSTER,

        Defendant.

## INDICTMENT
### Counts One – Sixteen: 18 U.S.C. § 641
### Theft of Public Money

The Grand Jury charges that:

<u>General Allegations</u>

In approximately September of 2005, the Army National Guard Bureau, located in Arlington, Virginia, entered into a contract with Document & Packaging Brokers, Inc. ("Docupak"), located in Alabaster, Alabama, to administer a program called the Guard Recruiting Assistance Program ("G-RAP"). The G-RAP was designed to offer monetary incentives in the form of recruiting referral bonuses to Army National Guard Reserve soldiers, known as Recruiter Assistants (RA), to recruit other individuals to serve in the U.S. Army National Guard. After enrolling online and completing an online training course regarding the regulations governing G-RAP, the RA would establish an online

account to record that RA's recruiting efforts.  If a potential soldier, known as a nominee, signed an enlistment contract, the RA who recruited that nominee would receive a $1,000 payment through direct deposit into a bank account designated by the RA in his online RA account.  The RA would receive an additional $1,000 direct deposit payment if the nominee attended basic training.  If a nominee had previously served in the Armed Forces, that nominee was not required to attend basic training.  In that instance, the RA would receive a $2,000 referral bonus upon that nominee's enlistment.  Payments were wired from Docupak's Alabama bank account to the RA's designated bank account.  Active Army National Guard recruiters were not eligible to participate in the G-RAP because they already received their government salary as compensation for their recruiting efforts.

Docupak submitted invoices each month to the Contracting Officer Representative of the Army National Guard Bureau assigned to the Docupak contract for review and verification of services delivered.

The G-RAP specifically prohibited an RA from nominating a nominee who the RA did not personally recruit.  The RA was required to obtain a nominee's personal information directly from that nominee in order to receive the bonus money for that nominee.

**Counts One – Sixteen**

On or about the following dates, in the State and District of Colorado and elsewhere, the defendant, THURMAN L. FOSTER, did knowingly steal the amount listed

below in G-RAP referral bonus payments for each count, which money was the property of and made under contract with the Department of Defense, a department or agency of the United States of America, by causing the direct deposit of G-RAP referral bonus payments to which he was not entitled into his Colorado Springs, Colorado, bank account for the Army National Guard nominees listed below:

| Count | Nominee | Date | Amount |
| --- | --- | --- | --- |
| 1 | Harris | 7/8/08 | $1,000.00 |
| 2 | Harris | 8/4/08 | $1,000.00 |
| 3 | Holland | 9/23/08 | $2,000.00 |
| 4 | Roe | 9/26/08 | $1,000.00 |
| 5 | Sparkman | 10/22/08 | $2,000.00 |
| 6 | Haller | 12/23/08 | $1,000.00 |
| 7 | Zimmermann | 2/10/09 | $2,000.00 |
| 8 | Smith | 2/18/09 | $2,000.00 |
| 9 | Bealer (aka Eveland) | 2/24/09 | $1,000.00 |
| 10 | Bealer (aka Eveland) | 2/27/09 | $1,000.00 |
| 11 | Thompson | 4/21/09 | $2,000.00 |
| 12 | Haller | 8/21/09 | $1,000.00 |
| 13 | Herndon | 11/3/09 | $1,000.00 |
| 14 | Robertson | 4/22/10 | $1,000.00 |
| 15 | Robertson | 6/16/10 | $1,000.00 |
| 16 | Orders | 10/13/10 | $2,000.00 |

All in violation of Title 18, United States Code, Section 641.

Notice of Sentencing Enhancement

Upon conviction of two or more of the violations alleged in Counts 1 – 16 of this Indictment involving 18 U.S.C. § 641, theft of government funds, where the value of the property in the aggregate, combining amounts from all the counts for which THURMAN L. FOSTER, the defendant herein, is convicted, exceeds the sum of $1,000, each count for which the defendant FOSTER is convicted shall be a felony.

Dated this _____ day of _____, 2013.

A TRUE BILL

 Ink signature on file in the Clerk's Office  
FOREPERSON

JOHN F. WALSH  
United States Attorney

By:    s/Martha A. Paluch        
MARTHA A. PALUCH  
Assistant United States Attorney  
1225 Seventeenth Street, Suite 700  
Denver, Colorado 80202  
Telephone: (303) 454-0100  
Facsimile: (303) 454-0404  
E-mail: martha.paluch@usdoj.gov  
Attorney for the United States