| | |
|---|---|
| DEFENDANT | THURMAN L. FOSTER |
| YOB: | 1969 |
| ADDRESS: | Fountain, Colorado |

COMPLAINT FILED?   _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   __X__ NO

OFFENSE:   Counts 1 – 16: 18 U.S.C. § 641; Theft of Public Money

LOCATION OF OFFENSE: El Paso County, Colorado

PENALTY:   Counts 1 – 16: NMT 10 year imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment fee for each count where the value of the property in the aggregate, combining amounts from all the counts for which the defendant is convicted, exceeds the sum of $1,000

AGENT:   Jimmy Rivera
United States Army, Criminal Investigation Command

AUTHORIZED BY:   Martha A. Paluch
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less      _____ over five days      _____ other

THE GOVERNMENT:

_____ will seek detention in this case      __X__ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____ Yes   __X__ No