AO 83 (Rev. 02/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>THURMAN L. FOSTER<br>862 CandleStar Loop North<br>Fountain, Colorado  80817<br>*Defendant's name and address* | )<br>)<br>)<br>) Case No.   13-cr-00239-PAB<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Courtroom No.: C-201 |
|---|---|
| | Date and Time: 06/26/2013 2:00 pm |

This offense is briefly described as follows:

Title 18, United States Code, Section 641 - Theft of Public Money
Prior to court appearance, defendant shall report to probation at 9:00 a.m., 1929 Stout Street, Denver, CO and the U.S. Marshal's Service; 901 19th Street, Denver, CO at 10:00 a.m.

Date: 06/04/2013

s/M. Fields
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk, U.S. District Court
*Printed name and title*

---

## Proof of Service

This summons was received by me on *(date)* 11 June 2013.

☑ I personally served the summons on this defendant Tharman Foster at *(place)* MATES (Bldg) Facilty, Fort Carson, Co on *(date)* 12 Jun 2013; or

☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: 12 Jun 2013

Jimmy E Rivera
*Server's signature*

Special Agent, U.S. Army CID.
*Printed name and title*

Remarks: