IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00239-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **THURMAN L. FOSTER,**

    Defendant.

_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    WARREN R. WILLIAMSON
    Federal Public Defender, Interim


    s/ Matthew C. Golla
    MATTHEW C. GOLLA
    Office of the Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    E-mail: Matt_Golla@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant U.S. Attorney
E-mail: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Thurman Foster
(Via U.S. Mail)

s/ Matthew C. Golla
MATTHEW C. GOLLA
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO    80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant