IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00239-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    THURMAN L. FOSTER,**

    Defendant.
_____

**UNOPPOSED MOTION TO CONTINUE HEARING**
_____

COMES NOW the defendant Thurman Foster, by and through Assistant Federal Public Defender, Matthew C. Golla, and respectfully requests this Honorable Court to continue the Arraignment and Discovery Hearing, currently set for July 1, 2013 at 10:00 a.m., for one hour, to 11:00 a.m.  In support of this motion, undersigned counsel would show as follows:

1.    An Arraignment and Discovery Hearing is currently scheduled for July 1, 2013 at 11:00 a.m.

2.    Counsel has a previously scheduled Supervised Release Violation Hearing with Judge Babcock in Case No. 07-cr-00193-LTB, on that same date and time, July 1, 2013 at 10:00 a.m.

3.    In light of this situation, counsel requests this Honorable Court continue the hearing from 10:00 to 11:00 a.m. on July 1, 2013.

2

WHEREFORE, counsel requests that this motion to continue be granted and the Arraignment and Discovery Hearing be continued to July 1, 2013 at 11:00 a.m.

Respectfully submitted,

WARREN R. WILLIAMSON
Federal Public Defender, Interim

s/ Matthew C. Golla
MATTHEW C. GOLLA
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO   80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant U.S. Attorney
E-mail: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Thurman Foster
(Via U.S. Mail)

s/ Matthew C. Golla
MATTHEW C. GOLLA
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO   80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant