IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 13-cr-00239-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THURMAN L. FOSTER,

    Defendant.

_____

## ORDER SETTING HEARING
_____

It is ORDERED that a hearing on Defendant's Unopposed Motion for an Exclusion of 120 Days from the Speedy Trial Act [Docket No. 19] is set for Monday, July 29, 2013, at 1:00 p.m. in Courtroom A601 before Judge Raymond P. Moore. It is further

ORDERED that all deadlines are stayed pending the hearing.

DATED: July 12, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge