**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Nick Richards<br>Court Reporter: Tammy Hoffschildt | Date: July 29, 2013 |

**CASE NO.** 13-cr-00239-RM

<u>Parties</u>                                                                        <u>Counsel</u>

UNITED STATES OF AMERICA,                               Martha Ann Paluch

      Plaintiff,

vs.

1. THURMAN L. FOSTER,                                          Matthew C. Golla

      Defendant.

**COURTROOM MINUTES**

**MOTION HEARING
COURT IN SESSION: 1:00 pm.**
Appearances of counsel.  Defendant is present on bond.

Motion Hearing called regarding Defendant's Unopposed Motion for an Exclusion of 120 Days From the Speedy Trial Act [Doc. No. 19, filed July 11, 2013].

**1:01 p.m.**     Statement by Mr. Golla regarding the Motion for an Exclusion.

**1:04 p.m.**     Statement by Ms. Paluch regarding military records and the Motion for an Exclusion.

**1:10 p.m.**     Defendant states that he agrees to a continuance.

**ORDERED:**   Defendant's Unopposed Motion for an Exclusion of 120 Days From the Speedy Trial Act [19] is **GRANTED IN PART** as stated on the record. The motion response deadline of July 30, 2013, the Trial Preparation Conference of August 19, 2013 at 10:00 a.m., and the trial date of August 26, 2013 at 9:00 a.m. are **VACATED** and reset to the following dates and

        times:

        Motion deadline: November 6, 2013
        Response: November 13, 2013
        Trial: Three-day jury trial set for December 9, 2013 at 9:00 a.m. in
        Courtroom A-601 before the Honorable Raymond P. Moore.

The Trial Preparation Conference will be set by order at a later date.

**ORDERED:**  Mr. Foster continues on bond.

**COURT IN RECESS: 1:19 p.m.**
**Total in court time: 00:19**
**Hearing concluded**