IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00239-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.    THURMAN L. FOSTER,**

       Defendant.
_____

## NOTICE OF DISPOSITION
_____

       Defendant, Thurman Foster, through appointed counsel, Assistant Federal Public Defender, Matthew C. Golla, and the Office of the Federal Public Defender, advises this Honorable Court that this case will be resolved by a guilty plea. Undersigned counsel, along with the government, will contact the Court's chambers to schedule a change of plea hearing date.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender, Interim


       s/ Matthew C. Golla
       MATTHEW C. GOLLA
       Office of the Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO   80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       E-mail: Matt_Golla@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant U.S. Attorney
E-mail: martha.paluch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Thurman Foster
(Via U.S. Mail)


s/ Matthew C. Golla
MATTHEW C. GOLLA
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO   80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant