IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Courtroom Deputy: Nick Richards
Court Reporter: Tammy Hoffschildt
Probation Officer: n/a

Date: November 12, 2013
Interpreter: n/a

**CASE NO.** 13-cr-00239-RM

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Ann Paluch |
| Plaintiff, | |
| v. | |
| 1. THURMAN L. FOSTER, | Matthew C. Golla |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION: 10:54 a.m.**
Appearances of counsel.  Defendant is present on bond.

Defendant sworn and answers true name;  Defendant is 44 years old.

**EXHIBITS:**  Court Exhibit 1 - Plea Agreement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant advised of maximum penalties.

Defendant advised that Court must consider restitution at the time of sentencing.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant waives reading of Indictment.

Defendant pleads GUILTY to Count 3 of the Indictment.

Court accepts plea of guilty and the Plea Agreement at this time.

Court's findings and conclusions.

Government makes oral Motion to Dismiss With Prejudice Counts 1, 2, and 4 through 16 of the Indictment.

**ORDERED**:   Government's oral Motion to Dismiss is **GRANTED** as stated on the record. Government counsel shall file a written motion on this matter, which will be granted upon receipt.

**ORDERED**:   Sentencing is set for February 4, 2014 at 4:00 p.m. in Courtroom A-601 before the Honorable Raymond P. Moore.

**ORDERED**:   Defendant continues on bond.

**COURT IN RECESS: 11:29 a.m.**
**Total in court time: 00:35**
**Hearing concluded**