**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 13-cr-00239-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THURMAN L. FOSTER,

    Defendant.

_____

**GOVERNMENT'S MOTION TO DISMISS COUNTS**
_____

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney for the District of Colorado, hereby respectfully moves the Court, after having accepted Defendant's plea of guilty to Count 3 of the Indictment and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Counts 1-2 and Counts 4-16 of the Indictment.

                                        Respectfully submitted,

                                        *s/ Martha A. Paluch*
                                        Martha A. Paluch
                                        Assistant U.S. Attorney
                                        United States Attorney's Office
                                        1225 17th Street, Suite 700
                                        Denver, CO  80202
                                        (303) 454-0100
                                        Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 12th day of November, 2013, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS COUNTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Matthew C. Golla
Attorney for Defendant
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
(303) 294-7002
Matt_Golla@fd.org

*s/ Barb Gardalen*
Barb Gardalen
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
barbara.gardalen@usdoj.gov