## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00239-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THURMAN L. FOSTER,

    Defendant.
_____

### ORDER TO DISMISS COUNTS
_____

    This matter comes before the Court on the Government's Motion to Dismiss Counts, and for good cause shown,

    The Court hereby GRANTS the Government's Motion to Dismiss Counts. Having accepted Defendant's plea of guilty to Count 3 of the Indictment and given the terms of the plea agreement in this case,

    IT IS HEREBY ORDERED that Counts 1-2 and Counts 4-16 of the Indictment are dismissed WITH PREJUDICE.

    IT IS SO ORDERED this _____ day of November, 2013.

                                    BY THE COURT:

                                    _____
                                    RAYMOND P. MOORE
                                    United States District Judge