IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Action No. 13-cr-00239-RM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

THURMAN L. FOSTER,

 Defendant.

___

**ORDER TO DISMISS COUNTS**
___

 This matter comes before the Court on the Government's Motion to Dismiss Counts (ECF No. 29), and for good cause shown,

 The Court hereby GRANTS the Government's Motion to Dismiss Counts. Having accepted Defendant's plea of guilty to Count 3 of the Indictment and given the terms of the plea agreement in this case,

 IT IS HEREBY ORDERED that Counts 1-2 and Counts 4-16 of the Indictment are dismissed WITH PREJUDICE.

 IT IS SO ORDERED this 13th day of November, 2013.

        BY THE COURT:

        _____
        RAYMOND P. MOORE
        United States District Judge