**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 13-cr-00239-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.     THURMAN L. FOSTER,**

       Defendant.
_____

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

_____

      Comes now Thurman Foster ("Mr. Foster"), the Defendant in the above-entitled and numbered cause, by and through his court appointed counsel, Matthew C. Golla, and hereby moves this Honorable Court to continue the sentencing in the above-captioned case for 14 days, and in support hereof would show this Honorable Court as follows:

      1.     Sentencing in this case is presently scheduled for February 4, 2014 at 4:00 p.m.

      2.     Undersigned counsel ("Counsel") was contacted by Mr. Foster earlier in the week requesting a short continuance.  Mr. Foster is scheduled to have hernia surgery on January 29, 2014.  Per doctor orders, Mr. Foster's recuperation includes a period of one week with no driving.

      3.     A continuance of 14 days would allow Mr. Foster time to recuperate and prepare himself for sentencing.

4.	Counsel has discussed this motion with Assistant United States Attorney Martha Paluch, and she does not oppose it.

5.	Therefore, Counsel respectfully requests a continuance of 14 days to effectively prepare for sentencing in this matter.

WHEREFORE, premises considered, Defendant prays this Honorable Court grant his motion and allow both counsel for the government and the defendant to contact chambers to reset the sentencing date after 14 days.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender, Interim


s/ Matthew C. Golla
MATTHEW C. GOLLA
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado   80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant U.S. Attorney
E-mail: martha.paluch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Thurman Foster
(Via U.S. Mail)

        s/ Matthew C. Golla
        MATTHEW C. GOLLA
        Attorney for Defendant
        Office of the Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO   80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Matt_Golla@fd.org