**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 13-cr-00239-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THURMAN L. FOSTER,

    Defendant.

_____

**GOVERNMENT'S SENTENCING STATEMENT AND RESPONSE TO DEFENDANT'S MOTION FOR VARIANT SENTENCE (Doc. 35).**
_____

    The United States of America, by and through Martha A. Paluch, Assistant United States Attorney for the District of Colorado, hereby submits its sentencing statement and response to Defendant's Motion for a Variant Sentence.  Doc. 35.

    This matter is scheduled for sentencing on February 20, 2014, at 4:00 p.m.

    In the parties' Plea Agreement, the United States agreed that it would not oppose defendant's request for a variant sentence of probation.  Doc. 27 at 1-2.  In the Presentence Investigation Report, the Probation Department recommended a sentence of five years' probation.  Doc. 31 at R-1.  In his motion, defendant requests a three-year term.  Doc. 35 at 1, 5, 7.

    The United States is in agreement with the Probation Office that a five-year term is appropriate.  The defendant's advisory guidelines range in this case is 6 to 12 months for his theft of government funds over a three-year period of time.  The United States

believes a variant sentence of probation is warranted in this case, given the nature and circumstances of this offense and the history and characteristics of this defendant. However, imposition of the maximum term of probation is also warranted to reflect the seriousness of this offense, to promote respect for the law, to provide just punishment and deter others from engaging in this conduct.  18 U.S.C. § 3553(a).

In addition, a five-year term of probation would allow the defendant sufficient time to pay the $31,000 in restitution he owes.  A three-year term would require the defendant to pay close to $1,000 per month to satisfy his restitution obligation.  The United States believes this is unreasonable, given the defendant's current financial situation and obligations, as detailed in the Presentence Report.

A five-year term would also provide the defendant with additional supervision from the Probation Department to assist him in remedying his current financial situation. The Probation Department is recommending the special conditions of precluding the defendant from incurring new debt without prior approval of the probation officer, unless he is in compliance with his restitution payment obligations.  In addition, it is recommended that the defendant "document all income or compensation generated or received from any source and provide such information to the probation officer as requested."  Doc. 31, R-2.  Having these provisions in place for five years increases the defendant's chances to meet his restitution obligation, and gain control over his financial situation.

For these reasons, at his February 20, 2014 sentencing hearing, the United States will recommend to the Court a variant sentence of five years of probation in this

case.

          Respectfully submitted,

          *s/ Martha A. Paluch*
          Martha A. Paluch
          Assistant U.S. Attorney
          United States Attorney's Office
          1225 17th Street, Suite 700
          Denver, CO  80202
          (303) 454-0100
          Martha.paluch@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 10th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Matthew C. Golla
Attorney for Defendant
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
(303) 294-7002
Matt_Golla@fd.org

Gary L. Burney
U.S. Probation Officer
1929 Stout Street, Suite C-120
Denver, CO  80294
(303) 335-2432
Gary_burney@cod.uscourts.gov

*s/ Deborah Sisung*
Deborah Sisung
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
deborah.sisung@usdoj.gov