# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### PROBATION OFFICE

LAVETRA A. CASTLES
Chief U.S. Probation Officer

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387

RESPOND TO: Colorado Springs

ELIZABETH MILLER
Deputy Chief U.S. Probation Officer

400 Rood Avenue, Room 309
Grand Junction, CO 81501-2520
Phone: (970) 245-5396

679 Turner Drive
Durango, CO 81303-3439
Phone: (970) 385-9564

February 25, 2019

**FILED**
UNITED STATES DISTRICT COURT
DENVER COLORADO

**MAR - 1 2019**

JEFFREY P. COLWELL
CLERK

Thurman L. Foster
862 Candlestar Loop North
Fountain, CO 80817

Dear Mr. Foster:

We are happy to inform you that your term of supervised release expired February 19, 2019, and you are hereby discharged from further supervision.

Best wishes for the future.

Sincerely,

s/ *Michael J. Bohlen*
Michael J. Bohlen
United States Probation Officer

MJB/pm

cc:   Clerk's Office
      Financial Litigation Unit (FLU)

U.S. COURTS
212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476

OFFICIAL BUSINESS

Clerk's Office
Alfred A. Arraj United States Courthouse
Room A-105
901 19th Street
Denver, Colorado 80294-3589

80294-250151

DENVER
CO 802
26 FEB '19
PM 8 L

neopost
02/25/2019
USPOSTAGE
$00.50⁰

FIRST-CLASS MAIL

ZIP 80903
041L13818697